# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 10, 2021

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 5/11/2021 |

**By Email and ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    **United States v. William Soto-Montanez**
             **21 Cr. 95 (MKV)**

Dear Judge Vyskocil:

    I write with the consent of the government to respectfully request an adjournment of approximately 60 days of Mr. Soto-Montanez' conference, currently scheduled for May 13, 2021. An adjournment would allow the defense to continue reviewing discovery, and the parties to discuss a possible pretrial disposition of this matter.

    The defense does not object to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

/s/

Tamara L. Giwa
Assistant Federal Defender
Federal Defenders of New York
(917) 890-9729

Cc:    AUSA Kedar Bhatia

---

This request is GRANTED. The parties shall appear on July 19, 2021 at 10:00 AM. Time is excluded until that date.

Date: May 11, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge