UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/21

UNITED STATES OF AMERICA,

-against-

William Soto - Martinez

        Defendant.

1:21-cr-0095 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    Due to a conflict in The Courts schedule, the Status Conference scheduled for July 19th is adjourned to July 27th at 3:30.

    This conference will be held by video. Links will be sent to the parties to join. All other interested parties can call 917 933-2166 and use conference ID 964310445.

**SO ORDERED.**

**Date: June 24, 2021**

*/s/ Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge