**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2021

July 21, 2021

By ECF

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **GRANTED, provided that Mr. Soto-Montanez informs his assigned Pretrial Services Officer when he expects to travel out of state. SO ORDERED.**
>
> Date: 7/22/2021
> New York, New York
>
> *Mary Kay Vyskocil*
> United States District Judge

Re: United States v. William Soto-Montanez
    21 Cr. 95 (MKV)

Dear Judge Vyskocil:

    I write to request a modification of Mr. Soto-Montanez' bail conditions to allow him to travel to the neighboring states of Illinois, Indiana, Michigan, and Minnesota for work. Mr. Soto-Montanez lives in Wisconsin and works as a truck driver for BSM Transportation. A letter from Mr. Soto-Montanez' employer is attached to his letter as Exhibit A. Pretrial Services does not object to this request. The government does not object, and defers to Pretrial Services.

    Mr. Soto-Montanez was presented in this district on January 14, 2021, and ordered released on a number of conditions. Since his release, Mr. Soto-Montanez has maintained steady employment and has remained fully compliant with all mandates set forth by the Court and Pretrial Services.

    Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for William Soto-Montanez
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Kaylan Lasky