UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SOTO-MONTANEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2021

21-cr-95 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference in this case on July 27, 2021. The conference was held by videoconference. Both counsel for the Government and for Defendant appeared by video. Defendant appeared by telephone only and the parties consented to proceeding win that manner. This order memorializes the schedule entered at the conference.

The parties must file a joint status report on or before September 10, 2021 regarding whether they have agreed to a pretrial resolution of this case.

If the parties have not reached a resolution of this matter, pretrial motions directed at discovery must be filed on or before October 1, 2021. Any opposition to the motions must be filed on or before October 22, 2021. Any replies must be filed on or before November 1, 2021.

The parties must appear for a status conference on November 17, 2021 at 10:00AM. Absent further order of the Court, the conference will be held by videoconference. A link will be sent to the parties in advance of the conference and a public dial-in phone number will be posted on the ECF docket in this case.

On consent of Defendant, all time between the date of this order and November 17, 2021 is excluded for the purposes of the Speedy Trial Act. The Court finds that the interests of justice advanced by allowing the parties to continue negotiating a pretrial resolution of this case and to prepare and file motions outweigh the interests of the Defendant and the public in speedy trial.

**SO ORDERED.**

Date: July 27, 2021
New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge