```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

William Soto-Montanez    ,
                   Defendant(s).
---------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

21 -CR- 95  (__) (__)

Defendant __William Soto-Montanez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____Tamara Giwa for William Soto-Montanez_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**William Soto-Montanez**
Print Defendant's Name

_____
Defense Counsel's Signature

**Tamara Giwa**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___7/27/21_____
Date

_____Mary Kay Vyskocil_____
U.S. District Judge/U.S. Magistrate Judge