**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2022

February 7, 2022

**BY CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. William Soto-Montanez*, **21 Cr. 95 (MKV)**

Dear Judge Vyskocil:

    The Government writes, with the consent of defense counsel, to request a 30-day adjournment of the pretrial conference currently scheduled for February 10, 2022, at 1:30 p.m. The Government also seeks an exclusion of time under the Speedy Trial Act until the date of the next conference.

    On January 13, 2021, the defendant was arrested and charged by Complaint with conspiracy to distribute or possess with the intent to distribute narcotics, in violation of 21 U.S.C. § 846, and possession of a firearm in furtherance of that offense, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) & 2. At his presentment, he was ordered released on certain bail conditions, and he currently resides in Wisconsin and is subject to pretrial supervision. On February 10, 2021, the grand jury returned an indictment charging him in the same counts contained in the Complaint.

    On October 25, 2021, the defendant's current counsel entered a notice of appearance, relieving his prior counsel. Since then, the Government and Soto-Montanez's current counsel have had detailed discussions about pretrial resolutions to this matter. The parties recently took specific steps towards a resolution and believe an additional period of 30 days will meaningfully advance those discussions. Accordingly, the Government seeks, with consent of defense counsel, a 30-day adjournment of the pretrial conference, currently scheduled for February 10, 2022, to permit the parties time to advance and complete their discussions about a pretrial resolution.

    The Government further requests, with the consent of defense counsel, an order excluding time under the Speedy Trial Act from February 10, 2022, until the date of the next conference in this matter. The ends of justice are served by excluding time because it will permit the parties

additional time to complete their discussions regarding a pretrial resolution. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

    /s/
Kedar S. Bhatia
Kaylan E. Lasky
Assistant United States Attorneys
(212) 637-2465/2315

Cc: Mark Cohen, Esq. (by CM/ECF)

---

This request is GRANTED. The conference is ADJOURNED to March 10, 2022 at 2:30 p.m. All time is excluded until March 10, 2022.

Date: February 7, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge