```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

WILLIAM SOTO-MONTANEZ,

                Defendant.

21-cr-95 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from Defendant requesting that the Court schedule a change of plea hearing in this case. At Defendant's request, the Court will maintain the letter under seal because it contains sensitive information about Defendant's minor child. In the light of the information in Defendant's letter, IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on June 27, 2022 at 10:00 a.m. The change of plea hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

    IT IS FURTHER ORDERED that the status conference that was previously scheduled to take place on April 4, 2022 is ADJOURNED *sine die*. IT IS FURTHER ORDERED that, with Defendant's consent and in the interest of justice, all time is excluded under the Speedy Trial Act until June 27, 2022.

**SO ORDERED.**

**Date:  March 29, 2022**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**