UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 21-cr-95 (MKV) |
| WILLIAM SOTO-MONTANEZ, | ORDER |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2024

MARY KAY VYSKOCIL, United States District Judge:

    Defendant seeks a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines [ECF Nos. 52, 54, 55].  IT IS HEREBY ORDERED that the government must file any response by June 12, 2024.

**SO ORDERED.**

**Date: June 6, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**